IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GEORGE HUDSON,**

    **Plaintiff,**

vs.                                                                          5:04-CV-133-SPM/AK

**MONICA WETZEL**, *et al.*,

    **Defendants.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 16) dated May 16, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 16) is adopted and incorporated by reference in this order.

2. This case is hereby dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915A(b).

**DONE AND ORDERED** this <u>twenty-eighth</u> day of June, 2005.

     *s/ Stephan P. Mickle*
     Stephan P. Mickle
     United States District Judge

/pao